# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No. | CV 13-3990-MAN | Date | July 29, 2013 |
|---|---|---|---|
| Title | *Carpenters Southwest Administrative Corporation v. AJND Construction LLC, et al.* | | |

Present: The Honorable    MARGARET A. NAGLE, UNITED STATES MAGISTRATE JUDGE

| E. Carson | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**    (IN CHAMBERS) **ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION ("OSC")**

Plaintiff(s) is ordered to show cause in writing no later than **August 7, 2013**, why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

- ! Answer by the defendant(s) or plaintiff's request for entry of default.

- ! Plaintiff's filing of an application to the clerk to enter default judgment

- ! Plaintiff's filing of a noticed motion for entry of default judgment.

- ! Plaintiff's filing of a Proof of Service of the summons and complaint

No oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order may result in the dismissal of the action.

cc:    All parties of record

|  | : |
|---|---|
| Initials of Preparer | efc |